defendant did not make a timely request for such instruction, that court said, at 999:

"It was error of the highest degree to submit the case to the jury without adequate instructions as to the law allegedly violated by the defendant on trial and impels the reversal of the judgment."

We reverse and remand. Undoubtedly other assignments of error will be taken care of at the new trial.

Reversed and remanded.

Ness, Asst. U. S. Atty., of counsel, on the brief), for appellee.

Before McLAUGHLIN, KALODNER and HASTIE, Circuit Judges.

PER CURIAM.

From our own close study of the record we are convinced that there was no substantial error in connection with the trial of this case.

The judgment of the district court will be affirmed.

---

**UNITED STATES of America**
v.
**Edward SALTER, Appellant.**
**No. 14831.**

United States Court of Appeals Third Circuit.

Argued Oct. 22, 1964.

Decided Nov. 23, 1964.

Bruce M. Schragger, Trenton, N. J., for appellant.

Mark E. Litowitz, Asst. U. S. Atty., Newark, N. J. (David M. Satz, Jr., U. S. Atty., Newark, N. J., Stanley C. Van

**William R. KOONTZ, Appellant,**
v.
**Anthony J. CELEBREZZE, Secretary of Health, Education and Welfare, Appellee.**
**No. 9553.**

United States Court of Appeals Fourth Circuit.

Argued Nov. 9, 1964.

Decided Nov. 13, 1964.

